## CHAVEZ v. STATE. (No. 12619.)

Court of Criminal Appeals of Texas. May 1, 1929.

Wm. P. Martin, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, unlawfully carrying a pistol; penalty, fine of $100.

It is made to appear that appellant has escaped from custody pending this appeal. This court is without jurisdiction under these circumstances.

Appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

MORROW, P. J., not sitting.